IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
25-CR-282 (SRN)

UNITED STATES OF AMERICA,      )
                                      )
        v.                        )       DISMISSAL
                                        )
JOSE ISAIAS PERDOMO ELIAS,    )
                                      )
      Defendant.           )

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Minnesota hereby dismisses the indictment in the above-captioned case as to Defendant, JOSE ISAIAS PERDOMO ELIAS, without prejudice, because Defendant has been removed from the country and he will remain charged in Hennepin County District Court for conduct related to this offense.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Torrie J. Schneider*
TORRIE J. SCHNEIDER (#0388364 MN)
Special Assistant U.S. Attorney

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

_____            _____
Date                              Hon. Susan R. Nelson
                                    United States District Judge